In the Matter of JOHN R. KREITSEK, Petitioner, v. DEPARTMENT OF STATE OF THE STATE OF NEW YORK et al., Respondents.

Beldock, P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.

In the Matter of RUTH LEBOWITZ, Respondent, v. RAYMOND LEBOWITZ, Appellant

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.